■ AMBASSADOR FACTORS CORPORATION, Respondent, v WILLIAM V. RILEY

et al., Appellants.—Judgment, Supreme Court, New York County, entered on December 3, 1975, unanimously affirmed on opinion of Spiegel, J., at Special Term, and that the respondent recover of the appellants Howard Kraydman and Helene Kraydman one bill of $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Murphy, Birns and Silverman, JJ.